THE CUBA NATIONAL BANK, Respondent, *v.* RUSSELL MARTIN, impleaded, etc., Appellant.

*Cary & Bolles* for the respondent.

Judgment affirmed by default.